UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINTON WHEELER,

    Petitioner,

    v.        CASE NO. 4:12-CV-13114
        JUDGE MARK A. GOLDSMITH
        MAGISTRATE JUDGE PAUL J. KOMIVES

KEN ROMANOWSKI,

    Respondent.
_____/

ORDER SUBSTITUTING PROPER RESPONDENT

Petitioner Clinton Wheeler filed his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on June 27, 2012. At that time he was incarcerated at the Macomb Correctional Facility in New Haven, Michigan. Petitioner is now incarcerated at the Ojibway Correctional Facility in Marenisco, Michigan. Because of petitioner's transfer, Linda Tribley, Warden at Ojibway Correctional Facility, is now the proper respondent.

Accordingly, it is hereby ORDERED that Linda Tribley be substituted for Ken Romanowski as respondent in this action.

IT IS SO ORDERED.

    s/ Paul J. Komives
    PAUL J. KOMIVES
    UNITED STATES MAGISTRATE JUDGE

Dated: June 17, 2013

## **PROOF OF SERVICE**

      I hereby certify that a copy of this Report and Recommendation was served upon Clinton Wheeler and Counsel of Record on this date.

Dated: June 17, 2013                      s/ Lisa C. Bartlett  
                                                      Case Manager